USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christina Shepperson et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Greenwood Motor Lines, Inc. d/b/a R L Carriers, <br><br> Defendant. | 1:23-cv-09097 (GHW) (SDA) <br><br> **ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Due to a last-minute conflict in the Court's schedule, it is hereby Ordered that the telephone conference scheduled for February 1, 2024 (*see* Order, ECF No. 31) is adjourned *sine die*. If either side intends to file a motion for jurisdictional discovery (*see* Letter Motion, ECF No. 30, at 2), they shall do so no later than February 9, 2024 and shall include a proposed schedule for the requested discovery.

**SO ORDERED.**

Dated: New York, New York
January 30, 2024

_____
STEWART D. AARON
United States Magistrate Judge